UST-32, 3-99  
Gayle E. Mills, Chapter 7 Trustee  
P.O. Box 36317  
Tucson AZ 85740  
(520) 792-1115  
gaylemills@earthlink.net

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 7 |
|---|---|
| CROSSIN, ANN PATRICIA | Case No. 4: 11-bk-33440- BMW |
| Debtor | APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS TO U.S. BANKRUPTCY COURT |

Gayle E. Mills, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 112 | 11/11/2015 | LHR Inc asgne of First National Bank<br>56 Main St<br>Hamburg NY 14075 | $60.89 |

The Trustee asks that an Order be entered pursuant to Bankruptcy Rule 3011 and § 347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $60.89 to the Clerk of the Court to be deposited in the Registry thereof.

| February 11, 2016 | /s/  Gayle E. Mills |
|---|---|
| Date | Gayle E. Mills, Trustee |